**Order entered July 1, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01762-CV

**WILLIAM C. SLICKER, Appellant**

**V.**

**PHYLLIS A. SLICKER, Appellee**

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-15742**

## ORDER

Before the Court is appellee's June 25, 2014 unopposed second motion to extend time to file her brief. Appellee's motion is **GRANTED** and her brief received on June 24, 2014 is ordered filed as of the date of this order.

/s/    ADA BROWN
        JUSTICE